COMMONWEALTH of Pennsylvania,
Respondent

v.

Edward Gary BOYD, Petitioner

No. 907 MAL 2016

Supreme Court of Pennsylvania.

May 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

COMMONWEALTH of Pennsylvania,
Respondent

v.

Ernest CULBREATH, Petitioner

No. 911 MAL 2016

Supreme Court of Pennsylvania.

May 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of May, 2017, the Petition for Allowance of Appeal and

Motion for Appointment of Counsel are **DENIED.**

■

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joseph Peter GUARRASI, Petitioner

No. 912 MAL 2016

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**